Form: Dismiss TRAP 42.2 Appellant's Motion



COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS






MYRNA GARCIA,


 Appellant,


v.


THE STATE OF TEXAS,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-03-00093-CR



Appeal from the


243rd District Court


of El Paso County, Texas 


(TC# 20020D00887)





MEMORANDUM OPINION


 Pending before the Court is appellant's motion to dismiss this appeal pursuant to
Tex. R. App. P. 42.2(a), which states that:

 (a) At any time before the appellate court's decision, the appellate court
may dismiss the appeal if the party that appealed withdraws its notice
of appeal-by filing a written withdrawal in duplicate with the
appellate clerk, who must immediately send the duplicate copy to
the trial court clerk. An appellant must personally sign the written
withdrawal.


Tex. R. App. P. 42.2(a). Counsel for appellant has filed the motion, and Garcia has
personally signed the withdrawal. The requirements of Rule 42.2(a) have been met. The
Court has considered this cause on appellant's motion and concludes the motion should
be granted. We therefore grant the motion and dismiss the appeal.


 SUSAN LARSEN, Justice

June 19, 2003


Before Panel No. 1

Larsen, McClure, and Chew, JJ.


(Do Not Publish)